JOHN H. GRADY ET AL. *v.* ROBERT A. SCHMITZ ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 16 Conn. App. 292, is denied.

*Heather M. Brown* and *Ridgely W. Brown,* in support of the petition.

*Philip R. McNight,* in opposition.

Decided October 26, 1988

---

STATE OF CONNECTICUT *v.* DONALD W. FENN, JR.

The defendant's petition for certification for appeal from the Appellate Court, 16 Conn. App. 318, is denied.

*John R. Williams,* in support of the petition.

*Jay F. Huntington,* deputy assistant state's attorney, in opposition.

Decided October 26, 1988

---

DONALD RAY, JR. *v.* RAYMOND P. SCHNEIDER ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 16 Conn. App. 660, is denied.

*Paul B. Groobert,* in support of the petition.

*David S. Williams,* in opposition.

Decided October 26, 1988